UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HEAVI WILLIAMS, | ) | Case No.: 14-CV-02589-LHK |
| Plaintiff, | ) | |
| v. | ) | CASE MANAGEMENT ORDER |
| THE HOME DEPOT U.S.A., INC., | ) | |
| Defendant. | ) | |

Plaintiff's Attorneys: George Duesdieker
Defendant's Attorneys: Brian H. Chun

    A case management conference was held on October 15, 2014. A further case management conference is set for February 11, 2015, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by February 4, 2015.

    The Court set the following case schedule:

LAST DAY TO COMPLETE INITIAL DISCLOSURES is October 31, 2014

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is November 10, 2014

FACT DISCOVERY CUTOFF is July 10, 2015

EXPERT DISCOVERY:

    Opening Reports:    November 13, 2015
    Rebuttal Reports:    December 18, 2015
    Cutoff:    January 22, 2015

DISPOSITIVE MOTIONS shall be filed by August 27, 2015 and set for hearing no later than October 1, 2015, at 1:30 p.m.  Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE is February 25, 2016 at 1:30 p.m.

JURY TRIAL: March 21, 2016, at 9:00 a.m. in Courtroom 8, 4th floor

1

Case No.: 14-CV-02589-LHK
CASE MANAGEMENT ORDER

ESTIMATED LENGTH OF TRIAL: 5 days

**IT IS SO ORDERED.**

Dated: October 15, 2014

_____
LUCY H. KOH
United States District Judge