UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEAVI WILLIAMS,            )<br>                                        )<br>            Plaintiff,    )<br>    v.                                  )<br>                                        )<br>THE HOME DEPOT U.S.A., INC.,  )<br>                                        )<br>            Defendant.    )<br>                                        ) | Case No.: 14-CV-02589-LHK<br><br>ORDER CORRECTING CASE SCHEDULE |

In its October 15, 2014 case management order, ECF No. 21, the Court stated that expert discovery cutoff would be no later than January 22, 2015. The Court hereby makes the following correction:

EXPERT DISCOVERY Cutoff: January 22, 2016

All other deadlines remain as set.

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
LUCY H. KOH
United States District Judge