UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HEAVI WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | Case No.:14-CV-02589-LHK<br><br>**ORDER REFERRING PARTIES TO MEDIATION, AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties are hereby referred to Court-sponsored mediation within 90 days. The case management conference, currently scheduled for February 11, 2015, is hereby continued to May 13, 2015, at 2 p.m.

**IT IS SO ORDERED.**

Dated: February 6, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-02589-LHK
ORDER REFERRING PARTIES TO MEDIATION, AND CONTINUING CASE MANAGEMENT CONFERENCE