UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEAVI WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　　　　Defendant. | Case No. 14-CV-02589-LHK<br><br>**ORDER RE: DISCOVERY SCHEDULE**<br><br>Re: Dkt. No. 34 |

The Court is in receipt of the parties' joint case management statement where Plaintiff stated that it "has desisted in other than basic discovery to prepare for the mediation." ECF No. 34 at 5. The Court has not stayed or bifurcated discovery in this case and the current schedule remains as set, including the fact discovery cutoff date of July 10, 2015. The May 13, 2015 case management conference is continued to July 22, 2015.

**IT IS SO ORDERED.**

Dated: May 8, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 14-CV-02589-LHK
ORDER RE: DISCOVERY SCHEDULE

1