1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  BRIAN H. CHUN (State Bar No. 215417)
   101 Mission Street, Suite 600
3  San Francisco, California 94105
   Telephone:   (415) 357-4600
4  Facsimile:    (415) 357-4605

5  Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
6

7  LAW OFFICE OF GEORGE DUESDIEKER
   GEORGE DUESDIEKER (State Bar No. 95505)
8  405 El Camino Real # 107
   Menlo Park, California 94025
9  Telephone:  (650) 566-9529
   Facsimile:  (650) 618-1844
10

11 Attorney for Plaintiff
   HEAVI WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HEAVI WILLIAMS, | Case No. 5:14-cv-02589-LHK |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| HOME DEPOT U.S.A., INC., | Complaint filed: June 5, 2014 |
| Defendant. | Trial date: March 21, 2016 |

1   IT IS HEREBY STIPULATED by and between Plaintiff Heavi Williams and Defendant Home Depot U.S.A., Inc. through their designated counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: July 2, 2015            LAW OFFICE OF GEORGE DUESDIEKER

   /s/ George Duesdieker
GEORGE DUESDIEKER
Attorney for Plaintiff
HEAVI WILLIAMS

DATED: July 2, 2015            LAFAYETTE & KUMAGAI LLP

   /s/ Brian H. Chun
BRIAN H. CHUN
Attorney for Defendant
HOME DEPOT U.S.A, INC.

The Clerk shall close the file.

IT IS SO ORDERED

*Lucy H. Koh*
Judge Lucy H. Koh
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA